Case 04-72629    Doc 35    Filed 09/28/07    Entered 09/28/07 09:21:16    Desc Main
                                    Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KAPPA SHARP  
1805 ROSE AVENUE  
ROCKFORD, IL  61102

SSN-xxx-xx-3682

Case Number: 04-72629

Case filed on: 5/18/2004  
Plan Confirmed on: 7/23/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,850.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | KAPPA SHARP | 0.00 | 0.00 | 4.13 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4.13 | 0.00 |
| 002 | CITIFINANCIAL | 1,000.00 | 1,000.00 | 1,000.00 | 297.12 |
| 003 | CITIFINANCIAL MORTGAGE COMPANY | 32,078.58 | 0.00 | 0.00 | 0.00 |
| 004 | US BANK/RETAIL PAYMENT SOLUTIONS | 4,173.62 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 37,252.20 | 1,000.00 | 1,000.00 | 297.12 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | SMC | 343.26 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 1,166.77 | 0.00 | 0.00 | 0.00 |
| 007 | FIRST EXPRESS | 218.53 | 0.00 | 0.00 | 0.00 |
| 008 | GE CAPITAL CONS CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | HOUSEHOLD CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 721.30 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS BANKRUPTCY SERVICE | 815.49 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 626.18 | 0.00 | 0.00 | 0.00 |
| 013 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,011.52 | 0.00 | 0.00 | 0.00 |
| 015 | RESURGENT CAPITAL SERVICES | 4,571.06 | 0.00 | 0.00 | 0.00 |
| 016 | EVELYN MEEKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | JESSIE SHARP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 9,474.11 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 48,090.31 | 2,364.00 | 2,368.13 | 297.12 |

Total Paid Claimant:      $2,665.25  
Trustee Allowance:        $184.75  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  09/27/2007          By  /s/Heather M. Fagan